Jennifer L. Braster
Nevada Bar No. 9982
Andrew J. Sharples
Nevada Bar No. 12866
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV  89145
Telephone:  (702) 420-7000
Facsimile:  (702) 420-7001
jbraster@nblawnv.com
asharples@nblawnv.com

Katherine A. Neben
Nevada Bar No. 14590
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612
Telephone:  (949) 851-3939
Facsimile:  (949) 553-7539
kneben@jonesday.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PEDRO SALAZAR,<br><br>             Plaintiff,<br><br>      v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>             Defendant's. | Case No. 2:20-cv-02275-JCM-BNW<br><br>**JOINT STATUS REPORT**<br><br>Complaint filed:  December 16, 2020 |

  COMES NOW Defendant Experian Information Solutions, Inc. ("Experian") and Plaintiff Pedro Salazar ("Plaintiff") (collectively the "Parties"), by and through their undersigned counsel, submit their Joint Status Report pursuant to the Court's Minute Order dated March 22, 2021 (ECF No. 11).

  On March 18, 2021, the Parties reported they reached a settlement in this matter (ECF No. 10).  The Parties are still preparing the necessary documents to complete the settlement. The

Parties estimate it may take an additional 45 days to complete the settlement documents and file a Stipulation for Dismissal with the Court.

Dated this 19th day of April 2021.

| NAYLOR & BRASTER | HIGBEE & ASSOCIATES |
|---|---|
| By: */s/ Andrew J. Sharples*<br>Jennifer L. Braster<br>Nevada Bar No. 9982<br>Andrew J. Sharples<br>Nevada Bar No. 12866<br>1050 Indigo Drive, Suite 200<br>Las Vegas, NV 89145<br><br>Katherine A. Neben<br>Nevada Bar No. 14590<br>JONES DAY<br>3161 Michelson Drive, Suite 800<br>Irvine, CA 92612<br><br>*Attorneys for Defendant Experian Information Solutions, Inc.* | By: */s/ Mathew K. Higbee*<br>Mathew K. Higbee<br>Nevada Bar No. 11158<br>3110 West Cheyenne Avenue, Suite 200<br>North Las Vegas, NV 89032<br><br>*Attorney for Plaintiff Pedro Salazar* |

### **ORDER**

Based on the parties' joint status report IT IS ORDERED that by June 4, 2021, the parties must file either dismissal documents or an additional joint status report concerning the status of settlement.

**IT IS SO ORDERED**

**DATED:** 4:03 pm, April 23, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**